Benjie D. BROOKINS, Plaintiff—Appellant,

v.

Cal TERHUNE; et al., Defendants—Appellees.

No. 06–15790.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 24, 2007.*

Filed Sept. 27, 2007.

Benjie D. Brookins, Corcoran, CA, pro se.

Barry D. Alves, AGCA—Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Benjie D. Brookins, a California state prisoner, appeals pro se from the district court's summary judgment in favor of defendants in Brookins' 42 U.S.C. § 1983 action alleging that California prison officials improperly classified him as a gang member. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni,* 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and we affirm.

The district court properly granted summary judgment on Brookins' due process claim because Brookins failed to show that he was deprived of a liberty interest, or subjected to an atypical and significant hardship in the terms of his confinement. *See Sandin v. Conner,* 515 U.S. 472, 483–87, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995).

The district court properly granted summary judgment on Brookins' Eighth Amendment failure-to-protect claim because Brookins did not raise a triable issue as to whether defendants were deliberately indifferent to his safety. *See Farmer v. Brennan,* 511 U.S. 825, 837–39, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994).

Brookins' remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).